7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Christopher Louis Persinger
*Debtor*

*Bankruptcy Case No.*
14–50193–can7

**Rita Persinger**
 Plaintiff(s)

*Adversary Case No.*
14–05014–can

v.

**Christopher Louis Persinger**
 Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: it is ORDERED that the defendants obligations to the plaintiff are declared to be nondischargeable in bankruptcy under §§523(a)(15) of the Bankruptcy Code as listed in the order dated this date as docket #17.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
 Deputy Clerk



Date of issuance: 11/19/14

Court to serve